UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOE GUTIERREZ, | NO. CV 14-6653-FMO (AGR) |
| Petitioner, | |
| v. | JUDGMENT |
| R.B. BARNES, Warden, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition in this matter is denied.

DATED: February 24, 2017 _____/s/_____
FERNANDO M. OLGUIN
United States District Judge